JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LUIS TORRES-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. S-10-501 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) Date:  February 25, 2011 |
| JAVIER HERNANEZ-LOPEZ, et al., | ) Time:  9:00 a.m. |
| | ) Judge:  Hon. Garland E. Burrell, Jr. |
| Defendants. | ) |
| | ) |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its

undersigned counsel, Michael D. Anderson, Assistant United States Attorney, together with

counsel for defendant Luis Torres-Hernandez, John R. Manning, Esq., counsel for defendant

Javier Hernandez-Lopez, Matthew C. Bockmon, Esq., counsel for defendant Juan Hernandez-

Lopez, Olaf W. Headberg, Esq., and counsel for defendant Alejandro Bielma-Ortiz, David D.

Fischer, Esq., that the status conference presently set for January 14, 2011 be continued to

February 25, 2011 at 9:00 a.m., thus vacating the presently set status conference.  Counsel for the

parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United

States Code 3161 (h) (7) (B) (iv) (continuity of counsel/reasonable time for effective preparation, specifically, the continuance is requested to allow counsel time to review discovery and conduct investigation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, February 25, 2011.


IT IS SO STIPULATED.

Dated:  January 12, 2011                    /s/ John R. Manning
                                             JOHN R. MANNING
                                             Attorney for Defendant
                                             Luis Torres-Hernandez

Dated:  January 12, 2011                    /s/ Matthew C. Bockmon
                                             MATTHEW C. BOCKMON
                                             Attorney for Defendant
                                             Javier Hernandez-Lopez

Dated:  January 12, 2011                    /s/ Olaf W. Hedberg
                                             OLAF W. HEDBERG
                                             Attorney for Defendant
                                             Juan Hernandez-Lopez

Dated:  January 12, 2011                    /s/ David D. Fischer
                                             DAVID D. FISCHER
                                             Attorney for Defendant
                                             Alejandro Bielma-Ortiz




Dated:  January 12, 2011                    Benjamin B. Wagner
                                             United States Attorney

                                    by:     /s/ Michael D. Anderson
                                             MICHAEL D. ANDERSON
                                             Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LUISTORRES-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-10-501 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JAVIER HERNANDEZ-LOPEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the January 14, 2011 status
conference be continued to February 25, 2011 at 9:00 a.m.  I find that the ends of justice warrant
an exclusion of time and that the defendant's need for continuity of counsel and reasonable time
to for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE
IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv)
and Local Code T4 from the date of this order to February 25, 2011.

IT IS SO ORDERED.

**Date:  1/13/2011**

GARLAND E. BURRELL, JR.
United States District Judge

3