JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LUIS TORRES-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JAVIER HERNANEZ-LOPEZ, et al.,<br><br>     Defendants. | CR NO. S-10-501 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date: April 29, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Michael D. Anderson, Assistant United States Attorney, together with counsel for defendant Luis Torres-Hernandez, John R. Manning, Esq., counsel for defendant Javier Hernandez-Lopez, Matthew C. Bockmon, Esq., counsel for defendant Juan Hernandez-Lopez, Olaf W. Headberg, Esq., and counsel for defendant Alejandro Bielma-Ortiz, David D. Fischer, Esq., that the status conference presently set for April 8, 2011 be continued to April 29, 2011 at 9:00 a.m., thus vacating the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code

3161 (h) (7) (B) (iv) (continuity of counsel/reasonable time for effective preparation, specifically, the continuance is requested to allow counsel time to review discovery and conduct investigation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, April 29, 2011.

IT IS SO STIPULATED.

Dated:  March 29, 2011                       /s/ John R. Manning
                                             JOHN R. MANNING
                                             Attorney for Defendant
                                             Luis Torres-Hernandez

Dated:  March 29, 2011                       /s/ Matthew C. Bockmon
                                             MATTHEW C. BOCKMON
                                             Attorney for Defendant
                                             Javier Hernandez-Lopez

Dated:  March 29, 2011                       /s/ Olaf W. Hedberg
                                             OLAF W. HEDBERG
                                             Attorney for Defendant
                                             Juan Hernandez-Lopez

Dated:  March 29, 2011                       /s/ David D. Fischer
                                             DAVID D. FISCHER
                                             Attorney for Defendant
                                             Alejandro Bielma-Ortiz


Dated:  March 29, 2011                       Benjamin B. Wagner
                                             United States Attorney

                                     by:     /s/ Michael D. Anderson
                                             MICHAEL D. ANDERSON
                                             Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LUIS TORRES-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  CR NO. S-10-501 GEB
                                    )
         Plaintiff,                 )
                                    )  [PROPOSED] ORDER TO CONTINUE
                                    )  STATUS CONFERENCE
v.                                  )
                                    )
JAVIER HERNANDEZ-LOPEZ, et al.,     )
                                    )
         Defendants.                )
                                    )
_____)

GOOD CAUSE APPEARING, it is hereby ordered that the April 8, 2011 status conference be continued to April 29, 2011 at 9:00 a.m.  I find that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to April 29, 2011.

IT IS SO ORDERED.

**Date: 3/31/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

3