JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LUIS TORRES-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>JAVIER HERNANEZ-LOPEZ, et al.,<br><br>　　　Defendants. | ) CR NO. S-10-501 GEB<br>)<br>)<br>) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING STATUS CONFERENCE<br>)<br>) Date:  June 10, 2011<br>) Time:  9:00 a.m.<br>) Judge: Hon. Garland E. Burrell, Jr.<br>)<br>)<br>)<br>)<br>)<br>) |

　　　IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Michael D. Anderson, Assistant United States Attorney, together with counsel for defendant Luis Torres-Hernandez, John R. Manning, Esq., counsel for defendant Javier Hernandez-Lopez, Matthew C. Bockmon, Esq., counsel for defendant Juan Hernandez-Lopez, Olaf W. Headberg, Esq., and counsel for defendant Alejandro Bielma-Ortiz, David D. Fischer, Esq., that the status conference presently set for April 29, 2011 be continued to June 10, 2011 at 9:00 a.m., thus vacating the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code

3161 (h) (7) (B) (iv) (continuity of counsel/reasonable time for effective preparation, specifically, the continuance is requested to allow counsel time to review discovery and conduct investigation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, June 10, 2011.

IT IS SO STIPULATED.

Dated:  April 26, 2011                         /s/ John R. Manning
                                               JOHN R. MANNING
                                               Attorney for Defendant
                                               Luis Torres-Hernandez

Dated:  April 26, 2011                         /s/ Matthew C. Bockmon
                                               MATTHEW C. BOCKMON
                                               Attorney for Defendant
                                               Javier Hernandez-Lopez

Dated:  April 26, 2011                         /s/ Olaf W. Hedberg
                                               OLAF W. HEDBERG
                                               Attorney for Defendant
                                               Juan Hernandez-Lopez

Dated:  April 26, 2011                         /s/ David D. Fischer
                                               DAVID D. FISCHER
                                               Attorney for Defendant
                                               Alejandro Bielma-Ortiz


Dated:  April 26, 2011                         Benjamin B. Wagner
                                               United States Attorney

                                    by:        /s/ Michael D. Anderson
                                               MICHAEL D. ANDERSON
                                               Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LUIS TORRES-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. S-10-501 GEB |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| JAVIER HERNANDEZ-LOPEZ, et al., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the April 29, 2011 status conference be continued to June 10, 2011 at 9:00 a.m.  I find that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to June 10, 2011.

IT IS SO ORDERED.
**Date:  5/4/2011**

GARLAND E. BURRELL, JR.
United States District Judge

3