JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LUIS TORRES-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAVIER HERNANEZ-LOPEZ, et al., <br><br> Defendants. | CR NO. S-10-501 GEB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE <br><br> Date: August 26, 2011 <br> Time: 9:00 a.m. <br> Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Michael D. Anderson, Assistant United States Attorney, together with counsel for defendant Luis Torres-Hernandez, John R. Manning, Esq., counsel for defendant Javier Hernandez-Lopez, Matthew C. Bockmon, Esq., counsel for defendant Juan Hernandez-Lopez, Olaf W. Headberg, Esq., and counsel for defendant Alejandro Bielma-Ortiz, David D. Fischer, Esq., that the status conference presently set for July 22, 2011 be continued to August 26, 2011 at 9:00 a.m., thus vacating the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a

1

continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time to prepare, specifically the continuance is requested to allow counsel time to review discovery and conduct investigation) from the date of the parties stipulation, July 21, 2011, to and including August 26, 2011.

IT IS SO STIPULATED.

Dated:  July 21, 2011          /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Luis Torres-Hernandez

Dated:  July 21, 2011          /s/ Matthew C. Bockmon
                               MATTHEW C. BOCKMON
                               Attorney for Defendant
                               Javier Hernandez-Lopez

Dated:  July 21, 2011          /s/ Olaf W. Hedberg
                               OLAF W. HEDBERG
                               Attorney for Defendant
                               Juan Hernandez-Lopez

Dated:  July 21, 2011          /s/ David D. Fischer
                               DAVID D. FISCHER
                               Attorney for Defendant
                               Alejandro Bielma-Ortiz


Dated:  July 21, 2011          Benjamin B. Wagner
                               United States Attorney

                         by:   /s/ Michael D. Anderson
                               MICHAEL D. ANDERSON
                               Assistant U.S. Attorney

```
JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LUISTORRES-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. S-10-501 GEB |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| JAVIER HERNANDEZ-LOPEZ, et al., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the July 22, 2011 status conference be continued to August 26, 2011 at 9:00 a.m.  I find that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to August 26, 2011.

IT IS SO ORDERED.

DATED: July 21, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge