1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JAVIER HERNANDEZ-LOPEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. CR-S-10-501 GEB
                                    )
12            Plaintiff,            )
                                    )   **STIPULATION AND ORDER TO**
13     v.                           )   **CONTINUE STATUS CONFERENCE**
                                    )   **AND TO EXCLUDE TIME**
14 JAVIER HERNANDEZ-LOPEZ, et al.,  )
                                    )   Date:  October 14, 2011
15            Defendant.            )   Time:  9:00 a.m.
                                    )   Judge: Garland E. Burrell, Jr.
16 _____  )

17        IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

18 Michael D. Anderson, Assistant United States Attorney, attorney for Plaintiff, together with Matthew C.

19 Bockmon, Assistant Federal Defender, attorney for Defendant, JAVIER HERNANDEZ-LOPEZ, Olaf William

20 Hedberg, attorney for Defendant, JUAN HERNANDEZ-LOPEZ, John Richard Manning, attorney for

21 Defendant, LUIS EDUARDO TORRES-HERNANDEZ, and David Delmer Fischer, attorney for Defendant,

22 ALEJANDRO BIELMA-ORTIZ, that the status conference hearing date of Friday, September 16, 2011, be

23 vacated and a new status conference hearing date of Friday, October 14, 2011, at 9:00 a.m., be set.

24        The reason for this continuance is because additional time is needed for defense preparation and

25 meetings between the parties with the goal being to resolve the case by way of a disposition.

26 / / /

27 / / /

28 / / /

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including October 14, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: September 15, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JAVIER HERNANDEZ-LOPEZ

Dated: September 15, 2011

/s/ Matthew C. Bockmon for
OLAF WILLIAM HEDBERG
Attorney for Defendant
JUAN HERNANDEZ-LOPEZ

Dated: September 15, 2011

/s/Matthew C. Bockmon for
JOHN RICHARD MANNING
Attorney for Defendant
LUIS EDUARDO TORRES-HERNANDEZ

Dated: September 15, 2011

/s/ Matthew C. Bockmon for
DAVID DELMER FISCHER
Attorney for Defendant
ALEJANDRO BIELMA-ORTIZ

Dated: September 15, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Bockmon for
MICHAEL DWIGHT ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on September 18, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, September 16, 2011, be vacated and that the case be set for **Friday, October 14, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including October 14, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: September 18, 2011

GARLAND E. BURRELL, JR.
United States District Judge